No. 68495.—Reliance Merchandise Co., Inc. v. United States, protest 63/676 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of Hibachis similar in all material respects to those the subject of Abstract 67238, the claim of the plaintiff was sustained.

No. 68496.—Pacific Import Co., Inc. v. United States, protest 63/22683 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of Hibachis similar in all material respects to those the subject of Abstract 67238, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, APRIL 29, 1964

No. 68497.—Frank P. Dow & Co., Inc., and Cornet Stores v. United States, protest 62/3301 (Portland, Oreg.).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of charcoal briquettes similar in all material respects to those the subject of A. L. Farnsworth v. United States (50 Cust. Ct. 62, C.D. 2389), the claim of the plaintiffs was sustained.